# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                          Case No.: 1:19−cr−00322

                                                      Honorable Robert M. Dow Jr.

Charles Cui, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 8, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr. as to Edward M. Burke (1), Peter J. Andrews (2), and Charles Cui (3): Status hearing held and continued to 1/23/2020 at 9:30 a.m. to set a pre−trial deadlines and a trial date. Defense counsels' oral motions to waive the appearance of all three defendants at the next status hearing is granted without objection. Without objection, time is excluded to and including 1/23/2020 in the interest of justice and for the review of the discovery, pursuant to 18 U.S.C. § 3161(h) (7)(A) − (B) and United States vs. O'Connor, No. 09−2476 (7th Cir. Sept. 1, 2011). Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.