IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD M. BURKE,<br>PETER J. ANDREWS, and<br>CHARLES CUI | Case No. 19-CR-322<br><br>Hon. Robert M. Dow, Jr. |

## AGREED ORDER

Defendant Charles Cui's Unopposed Motion to Modify Travel Restrictions has come before the Court to modify the conditions of Mr. Cui's release to allow him to leave the jurisdiction. Defendant requests permission to leave the jurisdiction for personal family reasons and has discussed the matter with attorneys for the United States, who have agreed to the modifications sought by Defendant's motion. Defendant is not under the supervision of Pretrial Services.

It is hereby ordered:

1. Defendant's Unopposed Motion to Enter an Agreed Order to Leave the Jurisdiction is GRANTED.

2. Defendant Charles Cui's conditions of release are modified to allow him to travel outside the Northern District of Illinois to the state of North Carolina from July 25, 2020 through August 2, 2020 for the purpose of traveling with his family.

Date: July 22, 2020

_____
Hon. Robert M. Dow, Jr.
U.S. District Court Judge