IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD M. BURKE,<br>PETER J. ANDREWS, and<br>CHARLES CUI | Case No. 19-CR-322<br><br>Hon. Robert M. Dow, Jr.<br>United States District Court Judge |

## AMENDED NOTICE OF MOTIONS

**To: Counsel of Record**

Please take notice that on **Wednesday, September 2, 2020 at 9:45 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Robert M. Dow, Jr., or before any other judge who may be sitting in his place, in the courtroom usually occupied by him, Courtroom 2303, of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present: **(1) DEFENDANT CHARLES CUI'S UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* BRIEFS IN EXCESS OF 15 PAGES; (2) DEFENDANT CHARLES CUI'S MOTION TO DISMISS COUNTS TWELVE, THIRTEEN, FOURTEEN, AND FIFTEEN OF THE SUPERSEDING INDICTMENT; and (3) DEFENDANT CHARLES CUI'S MOTION FOR SEVERANCE**, copies of which have been served upon you.

Dated:  August 20, 2020						Respectfully submitted,


								By: */s/ Tinos Diamantatos*

								Tinos Diamantatos
								Megan R. Braden
								Alex D. Berger
								MORGAN, LEWIS & BOCKIUS LLP
								77 West Wacker Drive
								Chicago, IL  60601-5094
								Telephone: +1.312.324.1000
								Facsimile: +1.312.324.1001
								tinos.diamantatos@morganlewis.com
								megan.braden@morganlewis.com
								alex.berger@morganlewis.com

								*Counsel for Defendant Charles Cui*

## **CERTIFICATE OF SERVICE**

I, Alex D. Berger, an attorney, hereby certify that a copy of the foregoing was filed on August 20, 2020 using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Alex David Berger*
Alex D. Berger