# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                      Case No.: 1:19–cr–00322
                                                        Honorable Robert M. Dow Jr.

Charles Cui, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 29, 2021:

        MINUTE entry before the Honorable Robert M. Dow, Jr as to Charles Cui, Edward M. Burke, and Peter J. Andrews: Oral argument is set for 2/8/2022 at 10:00 in Courtroom 2303. Emailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.