# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                               Case No.: 1:19–cr–00322
                                                                   Honorable Virginia M. Kendall

Charles Cui, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 3, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall as to Charles Cui, Edward M. Burke and Peter J. Andrews. On the Court's own Motion and by agreement of Parties, Status hearing set for 5/12/2023 is reset for 6/9/2023 at 9:30 AM which will proceed via Webex. By agreement of Parties and pursuant to Title 18 U.S.C., Sections (h)(7)(B)(ii), and (h)(1)(D) time is hereby excluded to 6/9/2023 for complexity of the case and the filing and review of Pretrial Motions. Prior to the hearing, you are directed to cut and paste this hyper link into a browser:
https://us–courts.webex.com/join/virginia_kendalli lnd.uscourts.gov If you do not have access to a device with video capability, please use the dial in option: (650)–479–3207, the access code is: 180 698 4009. If you do not have access to a device with video capability, you are directed to appear telephonically. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.