# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                          Plaintiff,

v.                                                                        Case No.: 1:19–cr–00322
                                                                       Honorable Virginia M. Kendall

Charles Cui, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 9, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall as to Charles Cui, Edward M. Burke and Peter J. Andrews. Status hearing held on 6/9/2023 via Webex. Parties report they continue to produce and review Discovery. Status hearing set for 7/20/2023 at 9:30 AM which will proceed in person in Courtroom 2503. By agreement of parties pursuant to Title 18 U.S.C., Sections (h)(7)(B)(ii), and (h)(1)(D) time is hereby excluded to 7/20/2023 for complexity of the case and the filing and review of Pretrial Motions. The presence of Defendants are waived for hearing set for 7/20/2023. Status hearing held on 6/9/2023, ( Status hearing set for 7/20/2023 at 09:30 AM.), Excludable started Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.