**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                           Plaintiff,

v.                                          Case No.: 1:19−cr−00322
                                          Honorable Virginia M. Kendall

Charles Cui, et al.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 20, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall as to Charles Cui, Edward M. Burke and Peter J. Andrews. Status hearing held on 7/20/2023. Oral argument heard regarding certain proposed dates as outlined in Joint Status Report [221]. The Government shall disclose if Danny Solis will be called as a witness by 8/31/2023. The following dates are agreed on by Parties and the Court adopts; The Government shall file Santiago Proffer and Rule 404(b) by 8/25/2023; Expert Disclosures due by 9/1/2023; Government shall produce transcripts of recordings by 9/8/2023. The Court grants Government's proposed date of 10/13/2023 to turn over draft exhibit lists, marked exhibits and draft witness list. Objections shall be filed by 10/20/2023. Motions in Limine shall be filed by 9/29/2023. Responses due by 10/13/2023. The Government shall turn over draft witness list by 10/13/2023. Parties agree that a Special Jury Panel will be summoned. The Court will inquire regarding the Jury Panel completing the questionnaire on 10/30/2023. Parties shall submit proposed jury instructions by 10/6/2023; Rebuttal expert disclosures due by 10/13/2023. Defense shall disclose draft witness list, exhibit list and marked exhibits to be offered into evidence in defense case in chief or during cross−examination by 10/30/2023. Final Pretrial Conference is reset for 10/23/2023 at 10:00 AM. Status hearing set for 8/24/2023 at 10:00 AM. Presence of Defendants are waived. By agreement of Parties and pursuant to Title 18 U.S.C., Sections (h)(7)(B)(ii), and (h)(1)(D) time is hereby excluded to 11/6/2023 for complexity of the case and the filing and review of Pretrial Motions. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.