# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                Case No.: 1:19−cr−00322
                                                           Honorable Virginia M. Kendall

Charles Cui, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 25, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall as to Edward M. Burke and Peter J. Andrews. In spite of all Parties agreeing to proceed with the Final Pretrial Conference on Monday 10/16/2023, Defense counsel for Defendant Burke and Andrews now move to change that date and instead proceed on 10/31/2023 [239]. Citing, in part, that the Parties and the Court will not have a meaningful opportunity to review the fully−briefed Motions in Limine, Counsel seeks to move the date out two more weeks. The Court will most certainly have reviewed the fully−briefed motions in time for the conference and will be prepared to proceed on that day. The Court will maintain the 10/16/2023 FPTC date and if matters are not resolved on that day will continue any such matters to 10/31/2023. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.