IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 19 CR 322 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| EDWARD M. BURKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AGREED ORDER

By agreement of the parties, it is hereby ordered:

1. The October 16, 2023 deadline for the Defendants to disclose draft witness lists, exhibit lists, and marked exhibits is stricken;

2. Defendant Burke shall disclose to the government whether he intends to present an entrapment defense, and whether he intends to call Daniel Solis as a witness, by October 16, 2023;

3. Each Defendant shall disclose to the government a draft witness list, draft exhibit list, and marked exhibits to be offered into evidence in their defense case or during cross examination by October 30, 2023.

Date: 9/27/2023

_____
Hon. Virginia M. Kendall
United States District Court Judge