UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD M. BURKE,<br>PETER J. ANDREWS, and<br>CHARLES CUI | No. 19 CR 322<br><br>Hon. Virginia M. Kendall |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESSS OF 15-PAGE FILING LIMIT INSTANTER**

The UNITED STATES OF AMERICA, through its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully submits the following motion for leave to file its response to defendant EDWARD M. BURKE's motion to exclude or limit the expert testimony of Dr. Constance A. Mixon, Ph.D., in excess of the 15-page filing limit instanter. In order to fully set forth the legal and factual matters for this filing, more than 15 pages was required. Accordingly, the government respectfully requests the Court's permission to file instanter its 22-page response to defendant EDWARD M. BURKE's motion to exclude or limit the expert testimony of Professor Mixon.

Respectfully submitted,
MORRIS PASQUAL
Acting United States Attorney

By:  /s/ *Sarah Streicker*
SARAH STREICKER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300