[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JXM

Plaintiff Rashidah Azi, USA

v.

Defendant BURKE

Case Number: 1-19-cr-00322

Judge:

Magistrate Judge:

FILED
DEC 11 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I was the only Plan Holder for Region 5 contracted by VA to train Veterans through a Letter contract. As a Plan Holder for Region 5 All Drawings, Specifications, Amendments and modifications I signed off on including the canal Street Post Office, Also Negotiated the new Post Office contract before Holobrid & Root was hired as Architects under the work rule of law I should be Participant in this hearing.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

| Case # | Name | Time | Type |
|---|---|---|---|
| 1:23-cr-00618 | USA v. Hernandez | 01:30PM | Detention Hearing |
| 1:23-cr-00441 | USA v. Smith | 02:00PM | Detention Hearing |
| 1:23-cr-00441 | USA v. Smith | 02:00PM | Telephone Conference |

### ⌄ Magistrate Judge Sunil R. Harjani — Courtroom 1858 (SRH) 2

| Case # | Name | Time | Type |
|---|---|---|---|
| 1:22-cv-02540 | Morris, II v. United States Postal Servi... | 09:30AM | Settlement Conference |
| 1:18-cv-00387 | Gregory v. Randy Pfister | 02:00PM | Settlement Conference |

### ⌄ Magistrate Judge Keri L. Holleb Hotaling — Courtroom 1700 (KHH) 3

| Case # | Name | Time | Type |
|---|---|---|---|
| 1:19-cv-00415 | Peterson v. Health Sources, Inc. | 11:00AM | Settlement Conference |
| 1:23-cv-02263 | Salerno v. W.A. Imports, Inc | 11:00AM | Settlement Conference |
| 1:23-cv-06049 | Kay v. BMV IV IL Fox Valley Villages, LL... | 11:00AM | Settlement Conference |

### ⌄ Judge Lindsay C. Jenkins — Courtroom 2119 (LCJ) 2

| Case # | Name | Time | Type |
|---|---|---|---|
| 1:20-cv-05368 | Bernard v. Illinois Department of Correc... | 11:00AM | Telephone Conference |
| 1:20-cv-05383 | Bernard v. Illinois Department of Correc... | 11:00AM | Telephone Conference |

### ⌄ Judge Virginia M. Kendall — Courtroom 2503 (VMK) 8

| Case # | Name | Time | Type |
|---|---|---|---|
| 1:23-cv-14963 | Balazs Solti v. The Partnerships and Uni... | 09:00AM | Notice of Motion |
| 1:23-cv-14963 | Balazs Solti v. The Partnerships and Uni... | 09:00AM | Status Hearing |
| 1:23-cv-15713 | Spin Master Ltd. v. The Partnerships and... | 09:00AM | Notice of Motion |
| 1:19-cr-00322 | USA v. Andrews | 09:15AM | Jury Trial |
| 1:19-cr-00322 | USA v. Burke | 09:15AM | Jury Trial |
| 1:19-cr-00322 | USA v. Cui | 09:15AM | Jury Trial |
| 3:05-cr-50082 | USA v. Easter | 09:30AM | Preliminary Revocation He... |