**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: United States of America v. Burke, et al.

Case Number: 19 CR 322

An appearance is hereby filed by the undersigned as attorney for:
Intervenors Chicago Public Media, Inc. and Chicago Sun Times Media, Inc.

Attorney name (type or print):     Steven P. Mandell

Firm:        Mandell Menkes LLC

Street address:     1 N. Franklin St., Suite 900

City/State/Zip:     Chicago, IL 60606

Bar ID Number: 6183729
(See item 3 in instructions)

Telephone Number: (312) 251-1000

Email Address: smandell@mandellmenkes.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | [X] Yes | [ ] No |
| Are you acting as local counsel in this case? | [ ] Yes | [X] No |
| Are you a member of the court's trial bar? | [X] Yes | [ ] No |
| If this case reaches trial, will you act as the trial attorney? | [X] Yes | [ ] No |

If this is a criminal case, check your status.     [ ] Retained Counsel
                                                   [ ] Appointed Counsel
                                                   If appointed counsel, are you a
                                                   [ ] Federal Defender
                                                   [ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 25, 2024

Attorney signature:      S/  Steven P. Mandell
                         (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015