```
CASE TITLE:       United States v. Burke, et al.
CASE NUMBER:      19 CR 322
ACTIVITY:         Telephone conversation between Edward Burke and Ray
                  Chin
DATE:             August 24, 2017
TIME:             1:45 p.m.
TARGET PHONE:     (312) 907-4006
SESSION NUMBER:   4746

SPEAKERS:         BURKE       =   Edward Burke
                  CHIN        =   Ray Chin
                  SYNOWIECKI  =   Meaghan Synowiecki

                        *    *    *    *
```

| | | |
|---|---|---|
| 1 | SYNOWIECKI: | (Coughs.) |
| 3 | BURKE: | Yes? |
| 5 | SYNOWIECKI: | I have Ray Chin on the line looking to speak with you. |
| 7 | BURKE: | Yep. |
| 9 | SYNOWIECKI: | Okay. Mr. Chin? |
| 11 | CHIN: | Yeah? |
| 13 | SYNOWIECKI: | I have the Alderman on the line. |
| 15 | BURKE: | Hello Ray. |
| 17 | CHIN: | Oh, good afternoon, sir. |
| 19 | BURKE: | How are you my friend? |
| 21 | CHIN: | Thank you for taking the call. |
| 23 | BURKE: | Not at all. |
| 25 | CHIN: | Real, real quick. Uh, the guy that I brought to introduce to you, he's been trying to get ahold of you to uh, uh, get some, get some tax work and, uh, apparently some legal- |
| 30 | BURKE: | Yeah, I got an e-mail from him the other day. I haven't heard from him in, uh, months. |
| 33 | CHIN: | Yeah. He's, well he's, he uh, I guess, I guess he has, uh, some, some needs, uh, for you now. |

1

GOVERNMENT
EXHIBIT
81-T

```
36   BURKE:        Um, well, I'll get together with him and, um, see if we
37                 can do somethin' to help him.
38
39   CHIN:         Okay, so you can do that.
40
41                      (END OF PERTINENT CONVERSATION)
```