Document ID: 0.7.6086.361259

**From:** Charles Cui <charlescui111@yahoo.com>
**To:** Raymond Chin <rchin@rmchin.com>
**Cc:**
**Bcc:**
**Subject:** Fw: tax appeal case
**Date:** Mon Aug 28 2017 17:55:47 EDT
**Attachments:**

Ray,
He hasn't responded to my request for pole sign representation. Can you talk to him about his? Thanks!!!

----- Forwarded Message -----
From: Edward Burke <alded14@aol.com>
To: Charles Cui <charlescui111@yahoo.com>
Sent: Friday, August 25, 2017 9:47 PM
Subject: Re: tax appeal case

Charles, I instructed my team to reach out to you. If you do not hear from them by Tuesday, let me know personally! Thank you for expressing confidence in our firm, Ed
Sent from my iPhone
On Aug 24, 2017, at 12:17 PM, Charles Cui <charlescui111@yahoo.com> wrote:

Dear Mr. Burke,
I currently have this property 4901, 4925, 4939 W. Irving Park Road under redevelopment. I may need your representation for tax appeal. The property was totally vacant till July this year.
PINs:
13-21-202 050 0000        13-21-202 007 000013-21-202 013 0000        13-21-202 041 000013-21-202 012 0000        13-21-202 042 000013-21-202 005 0000        13-21-202 048 000013-21-202 006 0000
Please let me know if you have time to handle this matter for me. Please let me know when we can schedule a brief phone call. Thank you!
Respectfully,

Charles H. CuiIrving Park Property Holdings, LLC847-502-4407

GOVERNMENT EXHIBIT 275